The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926.　*Mr. John W. Ray* for petitioner.

---

No. 427. J. D. AUSTIN *v.* UNITED STATES. On petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. October 10, 1927. The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there are no grounds upon which certiorari can be issued, application for which is therefore also denied.

The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926.　*Mr. J. D. Austin, pro se. Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

---

No. 549. JOHN B. LEMIEUX ET AL. *v.* AGATE LAND COMPANY AND CITY OF SUPERIOR. On petition for a writ of certiorari to the Supreme Court of the State of Wisconsin. October 10, 1927. The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there are no grounds upon which certiorari can be issued, application for which is therefore also denied.

The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Mr. John B. Arnold* for petitioners. No appearance for respondents.